Brooks L. Iler, S.B.# 99020
Virgil A. Iler, S.B. # 158460
ILER & ILER, LLP
16516 Bernardo Center Drive, Suite 300
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, DONALD REGISTER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD REGISTER,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**AETNA LIFE INSURANCE COMPANY,**<br><br>          Defendant. | CASE NO. '16CV2983 DMS BGS<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

Plaintiff DONALD REGISTER alleges as follows:

1.   At all times relevant herein, Plaintiff, DONALD REGISTER, was an individual residing in San Diego County, California.

2.   Plaintiff became employed by RICOH USA Inc., on June 6, 2005, as a Technology Service Technician II. He subsequently enrolled in the company's short and long term disability Plan.

3.   The Ricoh Disability Plan, (the Plan), was the group disability

insurance Plan sponsored by RICOH USA, Inc., and administered and underwritten by defendant AETNA LIFE INSURANCE COMPANY.

4. The employer-sponsored group disability plan and the claim at issue in this action are governed by the *Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.*

5. On or about December 8, 2014, plaintiff became disabled within the definition of the disability benefit plan, and soon thereafter, and in a timely fashion, he made a claim for benefits under said Plan.

6. Plaintiff's claim for disability benefits was approved and benefits were paid through June 20, 2016, when on-going benefits were denied.

7. Plaintiff remains disabled as defined by the Plan to this date, and continues to be eligible for disability benefits under the Plan.

8. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied in a letter dated November 17, 2016, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1. Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of her life insurance premiums under the Plan;

2. For past-due benefits in the amount of approximately $2,273 per month through the date of filing, and additional benefits accumulating at the same monthly rate;

3. For interest on past due benefits;

4. For reasonable attorney's fees;

5. For costs of suit herein;

6. For such other relief as the court deems proper.

Dated: 12/12/16                    ILER & ILER, LLP


By:   *s/ Brooks L. Iler*
      Brooks L. Iler
      Attorneys for Plaintiff,
      DONALD REGISTER